**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 5, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00861-CV

---

## SOUTHWIND FREIGHT AND GLOBAL LOGISTICS, LP D/B/A LEVINGE FREIGHT LINES, Appellants

### V.

## UNION BUSINESS, INC. D/B/A AIRWAY FOOD MART, MERITOCRATIC, INC., KARIMALI K. SUNESARA AND KARIM SUNESARA, Appellees

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-35910**

---

### MEMORANDUM OPINION

This is an appeal from an order signed October 31, 2023. On February 6, 2024, appellants filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We order each party to bear its own costs and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.